UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS A. MELVILLE, | Case No.: 3:24-cv-00192-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN HENLEY, et al., | |
| Defendants. | |

### I. DISCUSSION

On April 16, 2025, the Court ordered Plaintiff file his updated address with the Court, and either file an application to proceed *in forma pauperis* by a non-prisoner or pay the $405 filing fee, by May 16, 2025. (ECF No. 12). The Court's order came back as undeliverable. (ECF No. 14). Plaintiff filed an updated address (ECF No. 13), but he has not filed an application to proceed *in forma pauperis* by a non-prisoner. In light of Plaintiff filing his updated address, the Court will resend its previous order to Plaintiff at his updated address and extend the deadline for Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner to **July 11, 2025**.

### II. CONCLUSION

**IT IS THEREFORE ORDERED** that the Clerk of the Court WILL SEND Plaintiff a courtesy copy of the Court's April 16, 2025, order (ECF No. 12), the approved form application to proceed *in forma pauperis* by a non-prisoner, and the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDEREED** that no later than **July 11, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff

can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS 11 day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2