**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

THOMAS A. MELVILLE,

                    Plaintiff,

    v.

WARDEN HENLEY, *et al.*,

                  Defendants.

Case No. 3:24-CV-00192-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND SERVICE DEADLINE**

[ECF No. 51]

      Before the Court is Plaintiff Thomas Melville's ("Melville") motion to extend the deadline to serve Defendants Seana Beisner and Cynthia Green. (ECF No. 51.) Good cause appearing, Melville's motion is **GRANTED**. Melville shall have until **Friday, June 19, 2026**, to serve Defendants Seana Beisner and Cynthia Green.

      **IT IS SO ORDERED**.

      **DATED**: May 28, 2026 .

_____
**UNITED STATES MAGISTRATE JUDGE**